# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3299
_____

ROBERT HARTLEY,

Appellant,

v.

HALEY HARTLEY,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

January 11, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Seth Schwartz of The Schwartz Law Group, P.A., Jacksonville, for Appellant.

No appearance for Appellee.